IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America | ) | C.A. #2:14-2093-PMD-MGB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Two Land Rover Defenders, | ) | |
| VIN SALLHAB7BA293335 | ) | |
| VIN SALLHAD7BA241521 | ) | |
| | ) | |
| Defendants in Rem. | ) | |
| | ) | |

This matter is before the court upon the magistrate judge's recommendation that claimant Geoffrey Wattiker's motion to dismiss be denied. The record includes the report and recommendation of the United States Magistrate Judge made in accordance with Local Rule 73.02(B)(2)(a), D.S.C., and 28 U.S.C. § 636(b).

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that pro se claimant Geoffrey Wattiker's motion to dismiss be **DENIED**.

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court, and the case is referred back to Magistrate Judge Mary Gordon Baker for further handling.

    **AND IT IS SO ORDERED.**

                                              PATRICK MICHAEL DUFFY
                                              United States District Judge

July 29, 2015
Charleston, South Carolina

2